UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Number: |
| | : | |
| v. | : | |
| | : | |
| | : | VIOLATION: 18 U.S.C. § 371 |
| **CATHLENA HEID,** | : | (Conspiracy) |
| | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States Attorney informs the Court that:

### COUNT ONE
### (Conspiracy)

At all times material to this Information:

1. Defendant Cathlena Heid ("Heid") worked as a teller for the Bank of America's Mount Vernon Square branch located at 625 Massachusetts Avenue NW, Washington, DC.

2. The Bank of America, N.A. ("BOA") is a federally-insured financial institution with branches located in the District of Columbia, Maryland, and elsewhere.

3. Defendant Heid's responsibilities at BOA included processing cash withdrawals, depositing checks and cash at the request of bank account-holders, and other ordinary teller duties.

### The Conspiracy

4. Beginning in or about July 2004 and continuing through in or about August 2004, defendant Heid did knowingly combine, conspire, confederate, and agree together with others known and unknown to commit bank fraud, by devising a scheme and artifice to defraud BOA, a federally-insured financial institution, and to obtain its money and property in an amount

exceeding $24,781 by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

## Purpose of the Conspiracy

5. It was the purpose of the conspiracy for defendant Heid and others known and unknown to enrich themselves at BOA's expense and to hide and cover up the conspiracy, its objects, and the actions taken in furtherance of it.

## Manner and Means of the Conspiracy

6. It was a part of the conspiracy that defendant Heid used her employment with BOA to provide account information to co-conspirators for purposes of producing fraudulent checks purportedly drawn on those accounts.

7. It was a further part of the conspiracy that other co-conspirators would enter BOA with the fraudulent checks for defendant Heid to cash at her teller window.

8. It was a further part of the conspiracy that defendant Heid would receive the fraudulent checks, process them, and provide the funds to co-conspirators whom she knew were not entitled to funds drawn from the accounts in question.

## Overt Acts

9. In furtherance of the conspiracy and to accomplish the objects thereof, between in or about July 2004 and in or about August 2004, defendant Heid, aided and abetted by her co-conspirators known and unknown, did commit the following overt acts, among others:

   a. On or about the dates below, defendant Heid processed the following fraudulent checks drawn on the Hotel and Restaurant Employees Local 25 AFL-CIO 1003 K Street, NW, 7th Floor Washington, DC 20001-4421, account # xxxxxxxx1564.

| Check | Date Cashed | Amount | Name on Check |
|---|---|---|---|
| 89515 | 08/17/04 | $982.15 | Jamie Cadwell |
| 89615 | 08/17/04 | $991.40 | Royal Richardson |
| 89402 | 08/17/04 | $974.90 | Royal Richardson |
| 89396 | 08/18/04 | $994.30 | Royal Richardson |
| 89390 | 08/18/04 | $974.90 | Royal Richardson |
| 89407 | 08/18/04 | $998.50 | Royal Richardson |
| 89417 | 08/18/04 | $991.18 | Jamie Cadwell |
| 89438 | 08/18/04 | $994.80 | Jamie Cadwell |

b. On or about the dates below, Heid processed the following counterfeit checks drawn on the Saadi and Simmi Inc., C/O Blimpie Noble, 1310 9th Street, NW, Washington, DC 20001, account # xxxxxxxx9534.

| Check | Date Cashed | Amount | Name on Check |
|---|---|---|---|
| 20013 | 08/25/04 | $996.02 | Royal Richardson |
| 20077 | 08/25/04 | $990.32 | Royal Richardson |
| 20076 | 08/25/04 | $994.40 | Jamie Cadwell |
| 20012 | 08/25/04 | $991.81 | Jamie Cadwell |
| 19098 | 08/26/04 | $990.20 | Royal Richardson |
| 19208 | 08/26/04 | $995.80 | Royal Richardson |
| 19016 | 08/26/04 | $989.14 | Royal Richardson |
| 19198 | 08/26/04 | $992.27 | Royal Richardson |
| 19017 | 08/26/04 | $991.42 | Marcus Washington |

c. On or about the dates below, Heid processed the following counterfeit checks drawn on The Law Offices of Michael L. Avery, SR. P.C., 1331 H Street, NW, Washington, DC 20005, account # xxxxxxxx0422.

| Check | Date Cashed | Amount | Name on Check |
|---|---|---|---|
| 8210 | 08/30/04 | $995.32 | Eric Taylor |
| 8175 | 08/30/04 | $997.41 | Eric Taylor |
| 8150 | 08/30/04 | $989.68 | Eric Taylor |
| 8248 | 08/30/04 | $993.90 | Eric Taylor |
| 8151 | 08/30/04 | $989.68 | Michael Porter |
| 8247 | 08/30/04 | $996.25 | Michael Porter |
| 8211 | 08/30/04 | $994.08 | Michael Porter |
| 8176 | 08/30/04 | $991.58 | Michael Porter |

**(Conspiracy, in violation of Title 18, United States Code, Section 371)**

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
DIANE G. LUCAS, #443610
Assistant United States Attorney
555 Fourth Street, N.W., Room 4822
Washington, DC 20530
(202) 514-7912
Diane.Lucas@usdoj.gov