UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 08-137 (JDB) |
| | ) | |
| CATHLENA HEID | ) | **FILED** |
| | ) | JUN 1 3 2008 |

WAIVER OF INDICTMENT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, **CATHLENA HEID**, the above-name defendant, who is accused of

**Conspiracy**
**18 USC 371**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on   **June 13, 2008**   prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates