# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 08-137 (JDB) |
| | : | |
| v. | : | |
| | : | |
| | : | VIOLATION: 18 U.S.C. § 371 |
| CATHLENA HEID, | : | (Conspiracy) |
| | : | |
| | : | **FILED** |
| Defendant. | : | |
| | : | JUN 1 3 2008 |

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant, Cathlena Heid, under penalty of perjury, agrees and stipulates to the following facts in connection with her plea of guilty as follows:

### Background

At all times relevant to this offense, Defendant Cathlena Heid ("Heid") worked as a teller for the Bank of America's Mount Vernon branch, located at 625 Massachusetts Avenue NW, Washington, DC.

The Bank of America, N.A. ("BOA") is a federally-insured financial institution with branches located in the District of Columbia, Maryland, and elsewhere. Defendant Heid's responsibilities at BOA included processing cash withdrawals, depositing checks and cash, and other ordinary teller duties.

Beginning in or about July 2004 and continuing through in or about August 2004, defendant Heid conspired with others known and unknown to defraud BOA through the production and negotiation of ~~seventeen~~ *twenty-five* fraudulent checks drawn from legitimate BOA accounts in excess of $24,781.

1

## The Scheme

On or about July 2004, defendant Heid was approached by individuals who knew she was employed at BOA. These individuals requested, and defendant Heid provided, account information of BOA commercial account holders. The commercial account information that defendant Heid provided included accounts of businesses and entities located in the District of Columbia. Defendant Heid knew that her co-conspirators would use the legitimate account information she provided to produce fraudulent checks to fictitious payees purportedly drawn on these legitimate accounts.

Once the fraudulent checks were created, other co-conspirators entered the BOA branch where defendant Heid worked. They waited in the teller line until defendant Heid was open and available. Defendant Heid received the fraudulent checks, processed them, and provided the funds on the face of the fraudulent checks to those whom she knew were not entitled to the funds. In exchange for her participation in the scheme, defendant Heid was offered proceeds from the scheme by other co-conspirators, but claims she did not receive those proceeds.

Heid processed a total of 24 fraudulent checks as part of the scheme, each of which had a value of less then $1,000 in order to avoid an anti-fraud measures instituted by BOA requiring supervisory approval to process any check in excess of $1,000.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By:

DIANE G. LUCAS D.C. Bar # 443610
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W., Room 5290
Washington, DC 20530
(202) 514-8097


## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.


Date: May 8, 2007

Cathlena Heid
Defendant


I have discussed this Statement of Offense with my client, Ms. [redacted]. I concur with her decision to stipulate to this Statement of Offense.

Date: May 8, 2007

Dani Jahn, Esquire
Counsel for the Defendant

3