U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

UNITED STATES OF AMERICA     :

v.     :

CATHLENA HEID

     :    Case No.   08-137  (JDB)

     :

     :

**FILED**

**JUN 1 3 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this ____13th____ day of ____June 2008_____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ~~convenient date & time~~ At a mutually by __Special Agent Tom Jeffrey Burnside w/ USSS__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Tom J. Burnside w/ USSS__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (~~XXXXXXXXXXXX~~) John D. Bates

COURT
~~DEFENSE COUNSEL~~

DOJ USA-16-1-80